UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACOB D. CLEM, ) <br> ) <br> Defendant. ) | Case No. 5:24-cr-00101-GFVT-MAS <br><br> **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on a Report & Recommendation filed by United States Magistrate Judge Matthew A. Stinnett. [R. 30.] Defendant Jacob Clem filed a Motion to Suppress evidence obtained during a traffic stop and his arrest. [R. 18.] The Court referred the matter to Magistrate Judge Stinnett, [R. 19], who held a hearing on the matter. [R. 28.] Judge Stinnett then prepared a Report & Recommendation recommending Clem's Motion be denied. [R. 30.] Clem did not object and the time to do so has passed.

After considering the record, Judge Stinnett first determined that the traffic stop was permissible. [R. 30 at 4-7.] Despite some confusing circumstances surrounding the registration of Clem's vehicle, Officer Rivers had probable cause to believe that a violation of KRS § 186.170 was occurring, justifying the stop. *Id*. at 5. Additionally, Rivers was aware that there appeared to be an outstanding warrant for Clem, providing further probable cause to conduct the stop once Rivers identified Clem in the vehicle as he passed by Rivers' patrol car. *Id*. at 6-7. Judge Stinnett then determined that the traffic stop was not impermissibly extended as any delays were directly related to the mission of the stop. *Id*. at 7-8. The canine sniff occurred after the

stop had converted into a custodial arrest. *Id* at 8. The vehicle search was then justified once the police K-9 alerted to the presence of narcotics in Clem's truck. *Id*. at 8-9.

Neither party filed objections to the Report and Recommendation. Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order adopting that Report and Recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has considered the record and it agrees with the Magistrate Judge's recommendation.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Magistrate Judge Matthew A. Stinnett's Report and Recommendation **[R. 30]** is **ADOPTED** as and for the Opinion of the Court; and

2. Defendant Clem's Motion to Suppress **[R. 18]** is **DENIED**.

This the 4th day of February, 2025.

Gregory F. Van Tatenhove
United States District Judge